UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHRISTINE WOLFORD,**

    **Plaintiff,**

    **v.**                                   **Case No. 2:14-cv-362**
                                             **JUDGE GREGORY L. FROST**
                                             **Magistrate Judge Terence P. Kemp**

**CORINTHIAN COLLEGES, INC.,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of the May 7, 2015 Notice of Filing of Bankruptcy.  (ECF No. 19.)  In light of the notice, the Court **STAYS** this case pending action by the bankruptcy court that lifts the automatic stay or concludes the bankruptcy case.  *See* 11 U.S.C. § 362(a)(1).  This Court therefore **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case.  The case will be reactivated with the lifting of the stay.  The parties must notify this Court within fourteen days of when the bankruptcy stay is lifted or the bankruptcy case has concluded.

    **IT IS SO ORDERED.**

                                                             /s/ Gregory L. Frost
                                                             GREGORY L. FROST
                                                             UNITED STATES DISTRICT JUDGE